UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TETLER,<br><br>      Plaintiff.<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 26-cv-04040-AGT<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), no summons or order of service need follow.

    **IT IS SO ORDERED.**

Dated: May 7, 2026

_____
ALEX G. TSE
United States Magistrate Judge